UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| STEVEN A. SIMMONS,<br><br>　　　　　　　　　　Plaintiff<br><br>　v.<br><br>STATE OF NEVADA, et al.,<br><br>　　　　　　　　　　Defendants | Case No. 2:24-cv-01843-RFB-DJA<br><br>ORDER |

**I.　DISCUSSION**

　　　According to the Nevada Department of Corrections ("NDOC") inmate database, Plaintiff is no longer incarcerated. However, Plaintiff has not filed an updated address with this Court. The Court notes that pursuant to Nevada Local Rule of Practice IA 3-1, a "pro se party must immediately file with the court written notification of any change of mailing address, email address, telephone number, or facsimile number. The notification must include proof of service on each opposing party or the party's attorney. Failure to comply with this rule may result in the dismissal of the action, entry of default judgment, or other sanctions as deemed appropriate by the court." Nev. Loc. R. IA 3-1. This Court grants Plaintiff until June 20, 2025, to file his updated address with this Court. If Plaintiff does not update the Court with his current address by June 20, 2025, this case will be subject to dismissal without prejudice.

　　　Additionally, the Court denies the application to proceed *in forma pauperis* for prisoners (ECF No. 1) as moot because Plaintiff is no longer incarcerated. The Court now directs Plaintiff to file an application to proceed *in forma pauperis* by a non-prisoner by June 20, 2025, or pay the full filing fee of $405.

**II.　CONCLUSION**

　　　For the foregoing reasons, it is ordered that Plaintiff will file an updated address with the Clerk of the Court by June 20, 2025.

　　　It is further ordered that Plaintiff's application to proceed *in forma pauperis* for

1 | prisoners (ECF No. 1) is denied as moot.

2 |     It is further ordered that the Clerk of the Court will send Plaintiff the approved form application to proceed *in forma pauperis* by a non-prisoner, as well as the document entitled information and instructions for filing an *in forma pauperis* application.

    It is further ordered that by June 20, 2025, Plaintiff will either: (1) file a fully complete application to proceed *in forma pauperis* for non-prisoners; or (2) pay the full filing fee of $405.

    It is further ordered that, if Plaintiff fails to timely comply with this order, this case will be subject to dismissal without prejudice.

DATED: May 21, 2025.

_____
UNITED STATES MAGISTRATE JUDGE